**IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ROBERT SCHANNE, | : | |
|    Plaintiff | : | |
| | : | CIVIL ACTION |
|        v. | : | |
| | : | NO. 11-7707 |
| LOWER MERION SCHOOL DISTRICT, | : | |
| ET AL., | : | |
|    Defendants. | | |

## **ORDER**

**AND NOW**, this __6TH__ day of February 2012, it is **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil **SUSPENSE** File pending conclusion of a related arbitration.

Defendant Lower Merion School District shall inform the Court of the arbitration's outcome on or before **June 1, 2012** by filing a letter on ECF.

                                                                           s/Anita B. Brody

                                                 _____
                                                  ANITA B. BRODY, J.

Copies **VIA ECF** on _____ to:                  Copies **MAILED** on _____ to: